IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01352-KLM

RANDY PORTER, on behalf of himself and all other similarly situated,

    Plaintiff,

v.

BASF CORPORATION, a Delaware Corporation,

    Defendant.

---

FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(d), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting the Unopposed Motion for Order Approving Settlement Agreement and Dismissal of Lawsuit with Prejudice [48] entered on September 27, 2021 by Magistrate Judge Kristen L. Mix, it is

    ORDERED that the $32,500 total settlement, as set forth in the Settlement Agreement [#46-1], is approved. IT IS

    FURTHER ORDERED that the Notice, *see* [110-1] at 17-22, is approved and shall be sent by the Settlement Administrator to each Collective Member by U.S. Mail within 21 days of the Court's approval of the settlement becoming a final non-

appealable order. The Notice shall enclose each Collective Member's settlement check in the amount of his or her pro rata settlement share, less applicable taxes. IT IS

FURTHER ORDERED that the following service payment is approved: (1) $2,250.00 for named plaintiff Randy Porter. IT IS

FURTHER ORDERED that the $20,288.00 in fees and expenses is approved. IT IS

FURTHER ORDERED that the terms in the Settlement Agreement [46-1] are otherwise incorporated into the Order [48]. IT IS

FURTHER ORDERED that all FLSA collective action claims asserted by Plaintiffs in the Collective and Class Action Complaint [1] are DISMISSED with prejudice. IT IS

FURTHER ORDERED that the Clerk of Court shall CLOSE this case.

Dated at Denver, Colorado this 28th day of September, 2021.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By: s/L. Galera
>    Deputy Clerk